JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jerrad Williams, | ) | Case No. **ED CV 20-1209-JFW(SHKx)** |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| Wilsons Towing LLC, | ) | |
| Defendant. | ) | |

The Court, having granted the Defendant's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant was entitled to judgment as a matter of law on all claims for relief alleged against it,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Jerrad Williams shall recover nothing from the named Defendant Wilson's Towing LLC; and

2. Defendant Wilson Towing LLC shall have judgment in its favor on Plaintiff Jerrad Williams's entire action.

The Clerk is ordered to enter this Judgment.

Dated: July 27, 2020

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE